ROBERT K. CARROL, State Bar No. 81277
rcarrol@nixonpeabody.com
BRUCE E. COPELAND, State Bar No. 124888
bcopeland@nixonpeabody.com
SHADY E. JOULANI, State Bar No. 287910
sjoulani@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Tel: 415-984-8200
Fax: 415-984-8300

DEANNA R. KUNZE (née Swits) IL #6287513
*(pro hac vice pending)*
dkunze@nixonpeabody.com
NIXON PEABODY LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Tel: 312-425-3900
Fax: 312-425-3909

Attorneys for Plaintiff
THE LAGUNITAS BREWING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING CO., <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA NEVADA BREWING CO., <br><br> Defendant. | Case No. 15-cv-153_____ <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 3-15** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel
2  hereby certifies that Plaintiff The Lagunitas Brewing Company ("Lagunitas") does not have any
3  parent corporation, and no publicly held corporation owns 10% or more of its stock.
4  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
5  the named parties, there is no such interest to report.

DATED: January 12, 2015            NIXON PEABODY LLP

By: _____*/s/ Robert K. Carrol*_____
ROBERT K. CARROL
BRUCE E. COPELAND
SHADY E. JOULANI
DEANNA R. KUNZE
Attorneys for Plaintiff
THE LAGUNITAS BREWING CO.