IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE LAGUNITAS BREWING COMPANY,

    Plaintiff,

v.

SIERRA NEVADA BREWING CO,

    Defendant.

No. C 15-00153 JSW

**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

The Court has just received Plaintiff's application for a temporary restraining order ("TRO") and an order to show cause for preliminary injunction.[1] A hearing on this TRO shall be held on January 20, 2015, at 1:30 p.m. Accordingly, Defendant shall file a response to the application by no later than January 15, 2015, at 10:00 a.m. Should Plaintiff elect to file a reply, it shall be due by no later than January 16, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 13, 2015

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

---

[1] The application is entitled *ex parte* and was filed on January 12, 2015. Plaintiff is hereby ORDERED to serve Defendant with all filings related to this TRO by no later than January 13, 2015 at 4:00 p.m. and shall file proof of such service at its completion.