ROBERT K. CARROL, State Bar No. 81277
rcarrol@nixonpeabody.com
BRUCE E. COPELAND, State Bar No. 124888
bcopeland@nixonpeabody.com
SHADY E. JOULANI, State Bar No. 287910
sjoulani@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel: 415-984-8200
Fax: 415-984-8300

DEANNA R. KUNZE (née Swits) IL #6287513
*(pro hac vice pending)*
dkunze@nixonpeabody.com
NIXON PEABODY LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Tel: 312-425-3900
Fax: 312-425-3909

Attorneys for Plaintiff
THE LAGUNITAS BREWING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING CO., <br><br>Plaintiff,<br><br>vs.<br><br>SIERRA NEVADA BREWING CO.,<br><br>Defendant. | Case No. 4:15-cv-00153-JSW <br><br>**THE LAGUNITAS BREWING CO.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff THE LAGUNITAS BREWING COMPANY ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:   January 14, 2015       NIXON PEABODY LLP

By: _____/s/ Robert K. Carrol_____
ROBERT K. CARROL
BRUCE E. COPELAND
SHADY E. JOULANI
DEANNA R. KUNZE
Attorneys for Plaintiff
THE LAGUNITAS BREWING CO.

THE LAGUNITAS BREWING CO.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

# CERTIFICATE OF SERVICE

CASE NAME: The Lagunitas Brewing Company vs. Sierra Nevada Brewing Co.
COURT: U.S. District Court, Northern District of California
CASE NO: 4:15-cv-00153-JSW
CLM: 03148.000127

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, San Francisco, California 94111. On this date, I served the following document(s):

**THE LAGUNITAS BREWING CO.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

on the parties stated below, through their attorneys of record, as shown below by the following means of service:

   **X**   **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Jorge Arciniega<br>McDermott Will & Emery LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067-3218<br>Tel: (310) 551-9306<br>Fax: (310) 277-4730 | Email:<br><br>jarciniega@mwe.com |
| Terese A. Mosher Beluris<br>McDermott Will & Emery LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067-3218<br>Tel: (310) 551-9344<br>Fax: (310) 317-7394 | tmosherbeluris@mwe.com |

Dated: January 14, 2015

NIXON PEABODY LLP

By: /s/ *Robert K. Carrol*
    Robert K. Carrol
    Bruce E. Copeland
    Shady E. Joulani
    Deanna R. Kunze
    Attorneys for Plaintiff
    THE LAGUNITAS BREWING COMPANY