1   ROBERT K. CARROL, State Bar No. 81277
    rcarrol@nixonpeabody.com
2   BRUCE E. COPELAND, State Bar No. 124888
    bcopeland@nixonpeabody.com
3   SHADY E. JOULANI, State Bar No. 287910
    sjoulani@nixonpeabody.com
4   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
5   San Francisco, CA  94111-3600
    Tel: 415-984-8200
6   Fax: 415-984-8300

7   DEANNA R. KUNZE (née Swits) IL #6287513
    *(pro hac vice pending)*
8   dkunze@nixonpeabody.com
    NIXON PEABODY LLP
9   300 S. Riverside Plaza, 16th Floor
    Chicago, IL 60606
10  Tel: 312-425-3900
    Fax: 312-425-3909
11
    Attorneys for Plaintiff
12  THE LAGUNITAS BREWING CO.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17  THE LAGUNITAS BREWING CO.,            Case No. 4:15-cv-00153-JSW

18                          Plaintiff,    **THE LAGUNITAS BREWING CO.'S
                                          NOTICE OF VOLUNTARY DISMISSAL
19      vs.                               WITHOUT PREJUDICE PURSUANT TO
                                          FEDERAL RULE OF CIVIL
20  SIERRA NEVADA BREWING CO.,            PROCEDURE 41(a)(1)(A)(i)**

21                          Defendant.

22

23

24

25

26

27

28
    _____
    THE LAGUNITAS BREWING CO.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
    PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

1    **PLEASE TAKE NOTICE** that Plaintiff THE LAGUNITAS BREWING COMPANY

2    ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice, pursuant

3    to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4

5    DATED:        January 14, 2015              NIXON PEABODY LLP

6                                               By:      _/s/ Robert K. Carrol_
                                                ROBERT K. CARROL
                                                BRUCE E. COPELAND
7                                               SHADY E. JOULANI
                                                DEANNA R. KUNZE
8                                               Attorneys for Plaintiff
                                                THE LAGUNITAS BREWING CO.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2

1

## CERTIFICATE OF SERVICE

2

**CASE NAME:** The Lagunitas Brewing Company vs. Sierra Nevada Brewing Co.
**COURT:** U.S. District Court, Northern District of California

3

**CASE NO:** 4:15-cv-00153-JSW
**CLM:** 03148.000127

4

5

     I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, San Francisco, California 94111. On this date, I served the following document(s):

6

7

**THE LAGUNITAS BREWING CO.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

8

9

on the parties stated below, through their attorneys of record, as shown below by the following means of service:

10

11

  <u>X</u>  **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

12

13

| | |
|---|---|
| Jorge Arciniega<br>McDermott Will & Emery LLP \|<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067-3218<br>Tel: (310) 551-9306<br>Fax: (310) 277-4730 | Email:<br><br>jarciniega@mwe.com |
| Terese A. Mosher Beluris<br>McDermott Will & Emery LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067-3218<br>Tel: (310) 551-9344<br>Fax: (310) 317-7394 | tmosherbeluris@mwe.com |

14

15

16

17

18

19

20

21

Dated: January 14, 2015                      NIXON PEABODY LLP

22

23

                                   By: */s/ Robert K. Carrol*

24

                                        Robert K. Carrol<br>Bruce E. Copeland

25

                                        Shady E. Joulani<br>Deanna R. Kunze

26

                                        Attorneys for Plaintiff<br>THE LAGUNITAS BREWING

27

                                        COMPANY

28